JACOB K. DANZIGER (SBN 278219)
 e-mail: jdanziger@schiffhardin.com
SCHIFF HARDIN LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501

Attorneys for Defendant
FORD MOTOR COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| JOHN REYNOLDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | **Case No.: 2:18-cv-01327-AB-FFM** <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of the Court shall terminate the case.

**IT IS SO ORDERED**

Dated: August 16, 2019

_____
Andre Birotte, Jr.
United States District Judge